# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEKWANNA VICTOR,<br>　　Plaintiff,<br><br>　　v.<br><br>LANCASTER MARRIOTT PENN SQUARE,<br>　　Defendant. | :<br>:<br>:<br>:　No. 20-cv-5774<br>:<br>:<br>:<br>: |

## O R D E R

AND NOW, this 24th day of February, 2021, it is **ORDERED** that:

1. This case is **DISMISSED WITH PREJUDICE** for failure to prosecute for the reasons stated in the Court's accompanying Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Victor still intends to prosecute this case, she must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e). She must also include with that motion either $400 for payment of the fees or an amended motion to proceed *in forma pauperis*.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　**JOSEPH F. LEESON, JR.**
　　　　　　　　　　　　　　　　　　**United States District Judge**